```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 37049
   MICHAEL L HANDLEY
   SUANN E HANDLEY                            CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-1794    SSN XXX-XX-8013


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/13/05 and confirmed on 11/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   70285.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
AMERICAN HONDA FINANCE C   SECURED                  .00           .00            .00
JOHN LOTUS NOVAK           SECURED                  .00           .00            .00
M & I MARSHALL & IISLEY    SECURED VEHIC     12850.00         606.96       12850.00
OPTION ONE MTGE            CURRENT MORTG          .00           .00            .00
SILVERLEAF RESORTS         UNSECURED          NOT FILED         .00            .00
BANK ONE                   UNSECURED          NOT FILED         .00            .00
SMC                        UNSECURED            223.67          .00         223.67
DISCOVER BANK              UNSECURED           9039.32          .00        9039.32
WORLD FINANCIAL NETWORK    UNSECURED            308.67          .00         308.67
KENNETH PETERSON DDS       UNSECURED          NOT FILED         .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          20373.91          .00       20373.91
ECAST SETTLEMENT CORPORA   UNSECURED          18797.21          .00       18797.21
PIER I IMPORTS INC         UNSECURED            450.44          .00         450.44
SEARS BKRUPTCY RCVRY MGM   UNSECURED          NOT FILED         .00            .00
SPIEGEL                    UNSECURED          NOT FILED         .00            .00
TALBOTS                    UNSECURED            938.56          .00         938.56
OPTION ONE MTGE            MORTGAGE ARRE      2566.66          .00        2566.66
         Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   15416.66        .00      50131.78         .00       65548.44
PRINCIPAL PAID       15416.66        .00      50131.78         .00       65548.44
INTEREST PAID          606.96        .00           .00         .00         606.96
TOTAL PAID           16023.62        .00      50131.78         .00       66155.40
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $    2428.03 .

Refunds to the Debtor totaled $        1.57 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/10/08                            /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE